FILED

MAR 3 1 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case: 1:16-cr-00052 |
| | : | Assigned To : Mehta, Amit P. |
| **v.** | : | Assign. Date : 3/31/2016 |
| | : | Description: INDICTMENT (B) |
| **JORGE FAUSTO,** | : | Case Related to: 15-cr-116 (APM) |
| **also known as "Bones,"** | : | |
| **also known as "Smokey Bones,"** | : | **UNDER SEAL** |
| **CESAR MACEDA,** | : | |
| **also known as "Cesar Lopez-Maceda,"** | : | |
| **also known as "Carlos Maceda-Lopez,"** | : | |
| **also known as "Carlos Lopez,"** | : | |
| **also known as "Jose Arzate,"** | : | |
| **also known as "Antonio Hernandez,"** | : | |
| **also known as "Frosty,"** | : | |
| **also known as "Frost,"** | : | |
| **also known as "Too Short,"** | : | |
| **JAMES DURRETTE,** | : | |
| **also known as "Jay Durrette,"** | : | |
| **also known as "Gray Briggs,"** | : | |
| **GERALD TUCKER,** | : | |
| **also known as "Unc,"** | : | |
| **BRADLEY COBBLER,** | : | |
| **also known as "B-Rad,"** | : | |
| **JAMES WILLIAMS,** | : | |
| **also known as "Jimmy,"** | : | |
| **JACQUES YEAGAR,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Based on the representations in the government's motion to seal the indictment, motion to seal and proposed order, and to delay entry on the public docket of the filing of this motion to seal, this Court makes the following:

## FINDINGS OF FACT

The government has investigated the defendants in relation to a criminal investigation involving Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More

of a Mixture or Substance containing Heroin, 500 grams or More of a Mixture or Substance containing Cocaine, and 100 Kilograms or More of a Mixture or Substance containing Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(i), 841(b)(1)(B)(ii), 841(b)(1)(B)(vii), and 846, and Conspiracy to Interfere with Interstate Commerce by Robbery, in violation of 18 U.S.C. § 1951. The defendants have not been taken into custody on these charges and the discovery of the indictment by the charged defendants would pose a risk that the defendants may flee or may hinder law enforcement's ability to take them into custody. The public docketing at this time of the indictment and the motion to delay entry of the public docket of the filing of this motion to seal, as well as the Order granting such motion, also may substantially jeopardize the ongoing criminal investigation by causing the destruction of evidence which might be obtained during the defendants' arrests.

Based on the representations in the government's motion, Washington Post v. Robinson, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991), and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the indictment and the arrest warrant, and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this 31st day of March, 2016,

**ORDERED** that this Order, and the attached government motion to seal the indictment, and to delay entry on the public docket of the filing of this motion to seal shall be filed under seal in the Criminal Clerk's office until further order of this Court, and it is

**FURTHER ORDERED** that the indictment and arrest warrants in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court, and it is

**FURTHER ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

ALAN KAY
United States Magistrate Judge
for the District of Columbia